## LOOS v. DUTRO

No. 107P97

Case below: 126 N.C.App. 615

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

## MIDDLETON v. RUSSELL GROUP, LTD.

No. 234P97

Case below: 126 N.C.App. 1

Petition by defendant (Life Ins. Co. of Georgia) for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

## MONROE v. KING

No. 245P97

Case below: 125 N.C.App. 747

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

## MULLIS v. SECHREST

No. 283A97

Case below: 126 N.C.App. 91

Petition by defendant (Sechrest) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 23 July 1997.

## NADEAU v. WILKES SENIOR VILLAGE

No. 222P97

Case below: 125 N.C.App. 747

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.